IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGHT TO BE, SOUTH ASIAN NETWORK, ST. BARNABAS SENIOR CENTER OF LOS ANGELES, ASIAN PACIFIC AMERICAN LEGAL RESOURCE CENTER,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, MAUREEN HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, OFFICE OF JUSTICE PROGRAMS, TAMMIE GREGG, in her official capacity as Acting Director of the Bureau of Justice Assistance, and BUREAU OF JUSTICE ASSISTANCE,<br><br>　　　Defendants. | Civil Case No. 1:25-cv-03676-KAM-CLP |

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Megan C. Amaris, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Davis Wright Tremaine LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.  Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:25-cv-03676 on behalf of Plaintiffs Right to Be, South Asian Network, St. Barnabas Senior Center of Los Angeles, and Asian Pacific American Legal Resource Center.

Dated: San Francisco, CA

July 16, 2025

Megan C. Amaris
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Email: meganamaris@dwt.com
Tel: (415) 276-6500

**NOTARIZED – CALIFORNIA ACKNOWLEDGEMENT FORM ATTACHED**

Sworn to before me this
____ day of July 2025.

_____
_____
Notary Public in and for the State of California

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of SAN FRANCISCO

On JULY 16, 2025 before me, MARJORY FINN, NOTARY PUBLIC
     Date                                     Here Insert Name and Title of the Officer

personally appeared MEGAN C. AMARIS
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

[Notary Seal: MARJORY FINN, Notary Public - California, San Francisco County, Commission # 2482983, My Comm. Expires Feb 25, 2028]

Place Notary Seal and/or Stamp Above

--- OPTIONAL ---

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**  
Title or Type of Document: _____  
Document Date: _____ Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual ☐ Attorney in Fact  
☐ Trustee ☐ Guardian or Conservator  
☐ Other: _____  
Signer is Representing: _____

©2019 National Notary Association