IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGHT TO BE, SOUTH ASIAN NETWORK, ST. BARNABAS SENIOR CENTER OF LOS ANGELES, ASIAN PACIFIC AMERICAN LEGAL RESOURCE CENTER,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, MAUREEN HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, OFFICE OF JUSTICE PROGRAMS, TAMMIE GREGG, in her official capacity as Acting Director of the Bureau of Justice Assistance, and BUREAU OF JUSTICE ASSISTANCE,<br><br>　　Defendants. | Civil Case No. 1:25-cv-03676-KAM-CLP |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Upon reading the Affidavit of Megan C. Amaris and the Certificate of Good Standing annexed thereto, the motion of Megan C. Amaris for admission to practice *pro hac vice* in the above captioned matter is hereby granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California; and that her contact information is as follows:

Davis Wright Tremaine LLP
**Megan C. Amaris**
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Email: meganamaris@dwt.com
Tel: (415) 276-6500

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel on behalf of Plaintiffs Right to Be, South Asian Network, St. Barnabas Senior Center of Los Angeles, and Asian Pacific American Legal Resource Center.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                                  _____
                                                                                       United States District Judge