IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGHT TO BE, SOUTH ASIAN NETWORK, ST. BARNABAS SENIOR CENTER OF LOS ANGELES, ASIAN PACIFIC AMERICAN LEGAL RESOURCE CENTER,<br><br>     Plaintiffs,<br><br>     v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, MAUREEN HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, OFFICE OF JUSTICE PROGRAMS, TAMMIE GREGG, in her official capacity as Acting Director of the Bureau of Justice Assistance, and BUREAU OF JUSTICE ASSISTANCE,<br><br>     Defendants. | Civil Case No. 1:25-cv-03676-KAM-CLP<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Christine McFadden, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, an associate at Davis Wright Tremaine LLP and a member in good standing of the Bar of the State of Washington, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Right to Be, South Asian Network, St. Barnabas Senior Center of Los Angeles, and Asian Pacific American Legal Resource Center. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  Seattle, WA  
        July 18, 2025

Respectfully submitted,

_____  
Christine McFadden  
DAVIS WRIGHT TREMAINE LLP  
920 Fifth Avenue, Suite 3300  
Email: christinemcfadden@dwt.com  
Tel: 206.622.3150

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGHT TO BE, SOUTH ASIAN NETWORK, ST. BARNABAS SENIOR CENTER OF LOS ANGELES, ASIAN PACIFIC AMERICAN LEGAL RESOURCE CENTER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, MAUREEN HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, OFFICE OF JUSTICE PROGRAMS, TAMMIE GREGG, in her official capacity as Acting Director of the Bureau of Justice Assistance, and BUREAU OF JUSTICE ASSISTANCE,<br><br>　　　　Defendants. | Civil Case No. 1:25-cv-03676-KAM-CLP<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Christine McFadden, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Davis Wright Tremaine LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6.   I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.   Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:25-cv-03676 on behalf of Plaintiffs Right to Be, South Asian Network, St. Barnabas Senior Center of Los Angeles, and Asian Pacific American Legal Resource Center.

Dated: Seattle, WA

July 18, 2025

Christine McFadden
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Email: christinemcfadden@dwt.com
Tel: 206.622.3150

**NOTARIZED**

Sworn to before me this 18 day of July 2025.

Notary Public in and for the State of Washington, King County



## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 60126 |
| OF | ) | **CERTIFICATE** |
| CHRISTINE NICOLE MCFADDEN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTINE NICOLE MCFADDEN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 21, 2022, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 2nd day of July, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIGHT TO BE, SOUTH ASIAN NETWORK, ST. BARNABAS SENIOR CENTER OF LOS ANGELES, ASIAN PACIFIC AMERICAN LEGAL RESOURCE CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, U.S. DEPARTMENT OF JUSTICE, MAUREEN HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, OFFICE OF JUSTICE PROGRAMS, TAMMIE GREGG, in her official capacity as Acting Director of the Bureau of Justice Assistance, and BUREAU OF JUSTICE ASSISTANCE,<br><br>    Defendants. | Civil Case No. 1:25-cv-03676-KAM-CLP<br><br>**ORDER FOR ADMISSION** *PRO HAC VICE* |

    Upon reading the Affidavit of Christine McFadden and the Certificate of Good Standing annexed thereto, the motion of Christine McFadden for admission to practice *pro hac vice* in the above captioned matter is hereby granted.

    Applicant has declared that she is a member in good standing of the Bar of the State of Washington; and that her contact information is as follows:

    Davis Wright Tremaine LLP
    Christine McFadden.
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Tel: 206.622.3150
    christinemcfadden@dwt.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel on behalf of Plaintiffs Right to Be, South Asian Network, St. Barnabas Senior Center of Los Angeles, and Asian Pacific American Legal Resource Center.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District Judge