UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Right to Be et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**Bondi et al.,**<br><br>    **Defendants.** | Civil Action No. 25-3248 (JDB) |

### ORDER

This case was transferred from the Eastern District of New York under 28 USC § 1404(a) and randomly assigned to this Court. The transfer was primarily justified on the basis that the "factual circumstances and claims at issue in the instant action closely mirror those brought in Vera Institute of Justice, et al. v. DOJ, No. 25-cv-1643 (D.D.C.)." Transfer Memorandum and Order ("Transfer Order") [ECF No. 34], at 7 (citation modified). Vera is a putative class action challenging the termination of certain Department of Justice grants, and the Right to Be plaintiffs are likely members of that putative class. See id. at 9. The transfer was intended to accomplish judicial economy by "avoiding multiple cases on the same issues" and allowing for the consolidation of the litigation process. Id.

This Court concludes that judicial economy and the Transfer Order would be best served by transferring Right to Be to Judge Mehta, who presides over Vera. Judge Mehta has consented to transfer.

It is hereby Ordered that this case is **TRANSFERRED** to Judge Mehta for all further proceedings.

Date: September 29, 2025

                                                          /s/
                                          United States District Judge
                                                 **JOHN D. BATES**