UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIGHT TO BE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BONDI, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-CV-03248-APM |

**JOINT MOTION TO STAY PROCEEDINGS AND VACATE STATUS CONFERENCE**

Plaintiffs and Defendants, through their respective undersigned counsel, jointly request that this Court stay all proceedings in this matter until December 1, 2025 and vacate the status conference set for October 6, 2025, conditioned on Defendants' agreement not to re-obligate or otherwise diminish the sums awarded but terminated under Plaintiffs' grant agreement before December 1, 2025.

This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Good cause exists for this request. The joint nature of this request eliminates the risk of prejudice to either party. Additionally, a stay would promote judicial economy because the D.C. Circuit's forthcoming decision in *Vera Institute of Justice v. U.S. Department of Justice*, 25-5248 (D.C. Cir.), may bear on the claims raised in the complaint. A proposed order is attached.

DATED: October 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH

                    Principal Deputy Assistant Attorney General

                    ANDREW WARDEN
Assistant Director

JOHN BAILEY
Counsel to the Assistant Attorney General


*/s/ John Bailey*
JOHN BAILEY
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| Niyati Shah (D.C. Bar No. 1659560) | */s/ Nimra H. Azmi* |
| Noah Baron (D.C. Bar No. 1048319) | Nimra Azmi (D.C. Bar No. 1614977) |
| Shalaka Phadnis* | DAVIS WRIGHT TREMAINE LLP |
| Alizeh Ahmad (D.C. Bar No. 90018919) | 1251 Avenue of the Americas, 21st Floor |
| ASIAN AMERICANS ADVANCING JUSTICE—AAJC | New York, NY 10020-1104 |
| 1620 L St. NW, Suite 1050 | Phone: (212) 489-8230 |
| Washington, DC 20036 | NimraAzmi@dwt.com |
| Phone: (202) 296-2318 | Kenneth E. Payson* |
| nshah@advancingjustice-aajc.org | Christine McFadden* |
| nbaron@advancingjustice-aajc.org | DAVIS WRIGHT TREMAINE LLP |
| sphadnis@advancingjustice-aajc.org | 920 Fifth Avenue, Suite 3300 |
| aahmad@advancingjustice-aajc.org | Seattle, WA 98104-1604 |
| | Phone: (206) 622-3150 |
| | KennethPayson@dwt.com |
| | ChristineMcFadden@dwt.com |
| | Anne Marie Tavella* |
| | DAVIS WRIGHT TREMAINE LLP |
| | 188 West Northern Lights Blvd., Suite 1100 |
| | Anchorage, AK 99503-3985 |
| | Phone: (907) 257-5300 |
| | |
| | AnneMarieTavella@dwt.com |
| | Megan Amaris* |

                                    Kendal Mitchell\*
                                    D% AVIS W% RIGHT T% REMAINE LLP
                                    50 California Street, 23rd Floor
                                    San Francisco, CA 94111-4701
                                    Phone: (415) 276-6500
                                    MeganAmaris@dwt.com
                                    KendalMitchell@dwt.com

                                    *Counsel for Plaintiffs*

\* *Motion for admission* pro hac vice *forthcoming*