UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIGHT TO BE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BONDI, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-CV-03248-APM |

**ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings and Vacate Status Conference, it is hereby ORDERED that all proceedings in this case are stayed until December 1, 2025, and Defendants shall not re-obligate or otherwise diminish the sums awarded but terminated under Plaintiffs' grant agreements before that date. It is further ORDERED that the parties shall file a Joint Status Report by November 25, 2025, updating the court on the status of appellate proceedings in *Vera Institute of Justice v. U.S. Department of Justice*, 25-5248 (D.C. Cir.), and indicating their position on whether this case should remain stayed. The Status Conference set for October 6, 2025 is hereby VACATED.

DATED: October 4, 2025

Amit P. Mehta
United States District Judge